De Raismes Engine Company No. 1, Appellant, v. The City of New York, Respondent.—Order of the Municipal Court affirmed, with ten dollars costs and disbursements. No opinion. Woodward, Jenks, Gaynor, Rich and Miller, JJ., concurred.

De Raismes Hose Company No. 1, Appellant, v. The City of New York, Respondent.—Order of the Municipal Court affirmed, with ten dollars costs and disbursements. No opinion. Woodward, Jenks, Gaynor, Rich and Miller, JJ., concurred.

Hayman Defrin, an Infant, by Max Defrin, His Guardian ad Litem, Respondent, v. Joseph H. Goldstein, Appellant.—Judgment and order affirmed, with costs. No opinion. Hooker, Gaynor and Rich, JJ., concurred; Woodward and Jenks, JJ., dissented.

Frank Dojahn, Appellant, v. Herman Schomaker, Respondent.—Judgment of the Municipal Court affirmed, with costs, on the ground that the evidence does not present a question for the jury as to the liability of the owner of the premises. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Frank M. Eldredge, Appellant, v. Max Greenberg, etc., Respondent.—Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Rich and Miller, JJ., concurred.

John Ferber, an Infant, etc., Respondent, v. American Ice Company, Appellant.—Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Hooker, Gaynor, Rich and Miller, JJ., concurred.

George Flynn, Respondent, v. J. Howard Ashfield and Louis I. Grimes, Appellants.—Judgment and order unanimously affirmed, with costs. No opinion. Present—Woodward, Hooker, Gaynor, Rich and Miller, JJ.

In the Matter of the Application for Letters of Administration, etc., of Frank Harvey Cilley, Deceased. Harry Edgar Cilley, Appellant; Walter S. Barker and Others, as Executors of and Trustees under the Will of Frank Harvey Cilley, Deceased, Respondents.—Decree of the Surrogate's Court of Kings county affirmed, with costs and disbursements. No opinion. Woodward, Jenks, Gaynor, Rich and Miller, JJ., concurred.

In the Matter of the Application of the City of New York, Appellant, Relative to Acquiring Title, etc., for the Purpose of Opening Morgan Avenue from Stagg Street to Meeker Avenue, in the Eighteenth Ward of the Borough of Brooklyn, City of New York. Benjamin Boley, Respondent.—Order affirmed, with ten dollars costs and disbursements. No opinion. Woodward, Jenks, Gaynor, Rich and Miller, JJ., concurred.